UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA DAVIDSON COWAN,

                Plaintiff,

-vs-                                            Case No. 2:09-cv-472-FtM-29SPC

MTGLQ INVESTORS, L.P. and their officers and directors, successors and/or assigns; THE LAW OFFICES OF SMITH, HIATT & DIAZ, P.A. and their officers and directors, successors and/or assigns; ROBERT A. SMITH; VIRGINIA R. HIATT; DIANA B. MATSON; WELLS FARGO BANK MINNESOTA, N.A. as Trustee under that certain Pooling and Servicing Agreement dated as of 9/1/97, for Southern Pacific Secured Assets Corp., Mortgage Loan Asset-Backed Pass-Through Certificates 1997-3 and their officers and directors, successors and/or assigns formerly known as Norwest Bank Minnesota, N.A.; THE LAW OFFICES OF CODILIS & STAWIARSKI, P.A. and their officers and directors, successors and/or assigns; ERNEST J. CODILIS individually; LEO C. STAWIARSKI individually; THE LAW OFFICES OF SCOTT WEINSTEIN of Weinstein, Bavly & Moon, and their officers and directors, successors and/or assigns; MORCAP, INC., ISAOA and their officers and directors, successors and/or assigns; ADVANTA MORTGAGE CORP., USA and their officers and directors, successors and/or assigns; FIDELITY & DEPOSIT INSURANCE COMPANY and their officers and directors, successors and/or assigns; CHASE MANHATTAN MORTGAGE CORPORATION and their officers and directors, successors and/or assigns; EMPIRE INDEMNITY INSURANCE COMPANY and their officers and directors, successors and/or assigns; ZC STERLING INSURANCE AGENCY, INC. and their officers and directors, successors and/or assigns; MICHAEL C. SEMINARIO Producing Agent; GMAC MORTGAGE CORPORATION and their officers and directors, successors and/or assigns; FIRST

MORTGAGE LOAN SERVICING and their
officers and directors, successors and/or assigns;
BALBOA INSURANCE COMPANY and their
officers and directors, successors and/or assigns;
UNDERWRITERS AT LLOYD'S, LONDON
through coverholder, WNC Insurance Services, Inc.,
and their officers and directors, successors and/or
assigns; OCWEN LOAN SERVICING, LLC and
their officers and directors, successors and/or
assigns (collectively referred to as OCWEN);
SCOTT WEINSTEIN attorney with Weinstein,
Bavly & Moon Professional Association;
ECHEVARRIA & ASSOCIATES, P.A. and their
officers and directors, successors and/or assigns;
STEPHEN D. HURM Attorney at Law; MARK A.
BRODERICK Attorney at Law; ERIN COLLINS
CULLARO Attorney at Law; SEAN-KELLY
XENAKIS Attorney at Law; ELIZABETH T.
FRAU Attorney at Law; SCOTT D. STAMATAKIS
Attorney at Law; AMERICAN SECURITY
INSURANCE COMPANY and their officers and
directors, successors and/or assigns; HOME
SERVICING, LLC and their officers and directors,
successors and/or assigns; ELIZABETH R.
WELLBORN, P.A.

                        Defendants.

_____

**ORDER**

This matter comes before the Court on the Plaintiff Patricia Cowan's Motion with Leave of Court for Additional Time to Serve Defendant Ocwen Loan Servicing, LLC. to Locate Their New Location and Certified Process Server (Doc. #61) filed on January 11, 2010. District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities

such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The Court will allow the Plaintiff a brief extension of time to find and serve the Defendant Ocwen Loan Servicing, LLC.

Accordingly, it is now

**ORDERED:**

The Plaintiff Patricia Cowan's Motion with Leave of Court for Additional Time to Serve Defendant Ocwen Loan Servicing, LLC. to Locate Their New Location and Certified Process Server. (Doc. #61) is **GRANTED**. The Plaintiff has up to and including **February 24, 2010**, to locate and find a process server.

**DONE AND ORDERED** at Fort Myers, Florida, this   4th    day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record